

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-11-00428-CV

IN RE ROY A.J. DONLEY                             RELATOR

------------

## ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's petitions for writ of mandamus and is of the opinion that the petitions should be dismissed. Accordingly, relator's petitions for writ of mandamus are dismissed for want of jurisdiction.

PER CURIAM

PANEL: LIVINGSTON, C.J.; DAUPHINOT and WALKER, JJ.

DELIVERED: October 21, 2011

---

[1]*See* Tex. R. App. P. 47.4, 52.8(d).